

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00127-CV

### EX PARTE K.Y.S.

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-14239
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: April 19, 2023

DISMISSED

On March 29, 2023, appellant filed a Motion to Dismiss Appeal moving this court to dismiss its appeal. Appellant's motion to dismiss its appeal is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not indicate that the parties agreed otherwise, costs of appeal are taxed against the appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM